# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

RENEE HILL, Plaintiff, v. FLORIDA DEPARTMENT OF CHILDREN & FAMILIES; KIDS CENTRAL, INC.; ONE HOPE UNITED; SUSAN TRUMP, individually and officially; JOHN/JANE DOE DEFENDANTS, Defendants.

# COMPLAINT FOR DAMAGES, DECLARATORY RELIEF, INJUNCTION, AND VACATUR OF ADOPTION ORDERS AND DEMAND FOR JURY TRIAL

Plaintiff Contact Information: Renee Hill 4873 Robbins Ave Orlando, FL 32808 Email: grandparentsheartsmatters@gmail.com Phone: 407-866-5584

# I. INTRODUCTION

1. This action arises from Defendants' use of falsified documents, fabricated allegations, altered federal records, suppression of exculpatory evidence, and retaliatory narrative construction to deprive Plaintiff of her statutory and constitutional rights relating to three minor grandchildren (Z.H., J.R.-1, and J.R.-2). 2. Beginning in 2019, Defendants initiated a pattern of defamatory reporting, record manipulation, and bad-faith administrative conduct that intentionally disqualified Plaintiff from kinship placement and adoption consideration despite verified eligibility. 3. Plaintiff seeks compensatory damages, record correction, punitive accountability, and vacatur of adoption determinations obtained through fraud.

# II. JURISDICTION AND VENUE

4. Jurisdiction is proper under 28 U.S.C. §§1331, 1343, 1367 and 42 U.S.C. §§1983, 1985, and 1988. 5. Venue is proper in the Middle District of Florida because Plaintiff resides in Orlando and the events occurred in Orange and Lake Counties.

# III. PARTIES

6. Plaintiff: Renee Hill, a resident of Orange County, Florida. 7. Defendants include: a. Florida Department of Children & Families (DCF) b. Kids Central, Inc. c. One Hope United d. Susan Trump (individual and official capacity) e. John/Jane Does (to be identified through discovery)

# IV. FACTUAL ALLEGATIONS

8. Defendants fabricated marital, criminal, and eviction history in official adoption documents. 9. Defendants submitted an altered Social Security Administration document later confirmed invalid by

SSA. 10. Defendants suppressed evidence of abuse and hazardous living conditions documented by Orange County law enforcement. 11. A current state employee is prepared to testify that Susan Trump instructed insertion of false negative visitation notes. 12. State worker Mary Hogan contacted the abuse hotline after children reported harm and was then removed from the case. 13. Plaintiff was repeatedly denied notice, statutory protections, and kinship placement priority.

# V. CAUSES OF ACTION

Count I – 42 U.S.C. §1983 Violation of Due Process Count II – Fabrication of Evidence / Fraud Upon the Court Count III – 42 U.S.C. §1985 Civil Rights Conspiracy Count IV – Defamation Per Se Count V – Intentional Infliction of Emotional Distress Count VI – Monell Liability Count VII – Equitable Relief (Vacatur of Adoption)

# VI. PRAYER FOR RELIEF

Plaintiff respectfully requests: A. Compensatory damages; B. Punitive damages against Defendant Susan Trump individually; C. Order for expungement and correction of falsified state records; D. Order vacating adoption determinations procured through fraud; E. Declaratory judgment that Defendants' conduct violated Plaintiff's rights; F. Attorney fees and costs under 42 U.S.C. §1988; G. Any additional relief deemed just and proper.

# DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

# SIGNATURE

Respectfully submitted, _____ Renee Hill, Pro Se Plaintiff 4873 Robbins Ave Orlando, FL 32808 Email: grandparentsheartsmatters@gmail.com Phone: 407-866-5584 Date: *12-19-25*

**\*CERTIFICATE OF SERVICE**

(Federal Court)\*\*

I HEREBY CERTIFY that on this date, a true and correct copy of the **Complaint, Civil Cover Sheet, and Summons** in this federal civil action were served pursuant to the **Federal Rules of Civil Procedure** by U.S. Mail, U.S. Marshal, or certified process server upon the following parties:

**Florida Department of Children and Families (DCF)**
c/o Registered Agent

**Kids Central, Inc.**
c/o Registered Agent

**Susan Trump**
(Individual and Official Capacity)

Service was made in compliance with the Federal Rules of Civil Procedure.

Respectfully submitted,

_____

**Renee Hill**
Pro Se Plaintiff
4873 Robbins Ave
Orlando, FL 32808
Phone: 407-866-5584
Email: grandparentsheartsmatters@gmail.com
Date: _/2-19-25_____

EXHIBIT INDEX

Plaintiff: Renee Hill

Case No.: _____ (to be assigned)

U.S. District Court – Middle District of Florida (Orlando Division)

This Exhibit Index lists all documents Plaintiff will submit in support of her Complaint.

--------------------------------------------------------

Exhibit A – 2019 DCF Commitment/Termination Order

• Shows Plaintiff was not served or listed.

• Demonstrates due process violations.

Exhibit B – 2022 Adoption Denial Packet / Kids Central Report

• Contains fabricated marital history, criminal history, and evictions.

• Contains false claim Plaintiff refused placement.

Exhibit C – Altered Social Security Administration Document

• SSA confirmed document is not valid.

• Used by Defendants as a "true and correct copy."

Exhibit D – Orange County Sheriff Report & Photographs

• Shows hazardous conditions at caregiver's home.

• Evidence state suppressed.

Exhibit E – Text Messages with State Worker Mary Hogan

• Worker reported children disclosed being beaten.

• Worker removed after reporting concerns.

Exhibit F – Witness Statement (Under Seal)

• State employee willing to testify Susan Trump instructed false negative notes.

Exhibit G – Plaintiff's FDLE Background Check

• Confirms no disqualifying history.

• Contradicts fabricated allegations.

Exhibit H – Motion to Intervene & Retainer Letter (2019)

• Shows Plaintiff sought party status before termination of rights.

Exhibit I – Photographs of Unsafe Living Conditions

• Matches police findings.

• Contradicts state narrative of "stable placement."

Exhibit J – Adoption Committee Notes

• Committee relied on fabricated and unverified material.

------------------------------------------------------

Plaintiff certifies that each listed exhibit will be provided to the Court in printed form.

_____

Renee Hill, Pro Se Plaintiff

Date: _____