**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RENEE HILL,

Plaintiff,

v. Case No.: 6:25-cv-02511-JSS-LHP

FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES, KIDS CENTRAL, INC., ONE HOPE UNITED, SUSAN TRUMP, INDIVIDUAL AND OFFICIAL CAPACITY; JOHN DOE, JANE DOE, GEORGIA STEELE, LUTHERAN SERVICES FLORIDA, INC., SAMANTHA FERRINTINO, TRIFFANY JONES, JOYCE L. MILLER,

Defendants,

---

## ORDER

This cause comes before the Court upon consideration of Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, which has been construed as a motion to proceed *in forma pauperis* (Doc. No. 29), as well as a review of Plaintiff's operative third amended complaint (Doc. No. 25) pursuant to 28 U.S.C. § 1915. On review, Plaintiff's operative complaint (Doc. No. 25) does not include a signature as required by Federal Rule of Civil Procedure 11(a). *See* Fed. R. Civ. P. 11(a) ("Every pleading . . . must be signed by . . . a party personally if the

party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number.").

Based thereon, it is **ORDERED** that within **fourteen (14) days** of the date of this Order, Plaintiff shall file with the Clerk of Court a signed version of her third amended complaint (Doc. No. 25). **Failure to timely comply with this Order will result in the operative complaint (Doc. No. 25) being stricken, and a recommendation that this case be dismissed.** *See* Fed. R. Civ. P. 11(a) ("The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention."); *see also* Fed. R. Civ. P. 16(f); Local Rule 3.10.

**DONE** and **ORDERED** in Orlando, Florida on August 6, 2026.

Leslie Hoffman Price

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties