# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

RENEE HILL,

Plaintiff,

v.

Case No.: 6:25-cv-02511-JSS-LHP

FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES, KIDS CENTRAL, INC., ONE HOPE UNITED, SUSAN TRUMP, INDIVIDUAL AND OFFICIAL CAPACITY; JOHN DOE, JANE DOE, GEORGIA STEELE, LUTHERAN SERVICES FLORIDA, INC., SAMANTHA FERRINTINO, TRIFFANY JONES, JOYCE L. MILLER,

Defendants,

## ORDER
(And Direction to Clerk of Court)

This cause comes before the Court *sua sponte*. Pursuant to prior Order of the Court, Plaintiff was to file a signed version of her third amended complaint, along with redacted copies of the complaint's exhibits to remove the full names of minor children. Doc. No. 32; Fed. R. Civ. P. 5.2; *see also* Doc. Nos. 34, 36. Plaintiff has attempted to comply, but her third amended complaint has been docketed as an attachment (Doc. No. 35-1) and her exhibits docketed separately (Doc. No. 37).

Moreover, a review of the third amended complaint demonstrates that it contains one first name of a minor child, Doc. No. 35-1, at 10, and a review of the exhibits (Doc. No. 37) also demonstrates that not all of the names of the minor children have been properly redacted.

In order to ensure clarity of the docket, and to address Plaintiff's operative pleading in accordance with 28 U.S.C. § 1915 given the pending motion for leave to proceed *in forma pauperis*, Doc. No. 29, it is **ORDERED** as follows:

1. The Clerk of Court is **DIRECTED** to redact from the proposed third amended complaint (Doc. No. 35-1) the first name of the minor child on page 10, before the parenthetical reference to "(Plaintiff's grandson)." Thereafter the Clerk of Court is **DIRECTED** to separately docket the third amended complaint (Doc. No. 35-1) as a pleading.

2. The Clerk of Court is further **DIRECTED** to temporarily file **<u>under seal</u>** as attachments to the third amended complaint the associated exhibits (Doc. Nos. 37 & 37-1 through 37-21).

3. The Clerk of Court is also **DIRECTED** to remove from the public docket the exhibits (Doc. No. 37) as currently filed.

**DONE** and **ORDERED** in Orlando, Florida on October 20, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties